| AO 10 Rev. 1/2014 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2015 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |
|---|---|---|

| 1. Person Reporting (last name, first, middle initial) Hyman, Paul G. | 2. Court or Organization U S Bankruptcy Court, SD FL | 3. Date of Report 10/05/2016 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) Bankruptcy Judge | 5a. Report Type (check appropriate type) ☐ Nomination Date ☐ Initial ☑ Annual ☐ Final 5b. ☑ Amended Report | 6. Reporting Period 01/01/2015 to 12/31/2015 |

**7. Chambers or Office Address**

Suite 801
1515 N Flagler Drive
West Palm Beach, FL 33401

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. 1987 Trustee | Trust # 1 |
| 2. 1987 Trustee | Trust # 2 |
| 3. 2010 Trustee | Martial Trust |
| 4. 2012 Trustee | Trust #3 |
| 5. 2012 Trustee | Trust #4 |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2015 | Associate at Searcy Denney et al-salary |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | FL Bar | 01/20/15 to 01/22/15 | Orlando, FL | Committee meeting | Transportation, meals, parking and lodging |
| 2. | ABI | 02/05/2015 to 02/07/2015 | San Juan, Puerto Rico | CLE | Transportation, meals, lodging and parking |
| 3. | FL Bar | 03/25/15 to 03/29/15 | Venice Italy | Committee meeting | Transportation, meals, parking and lodging |
| 4. | FL Bar | 05/14/15 t0 05/15/15 | Tampa, FL | Committee meeting | Transportation, meals, parking and lodging |
| 5. | UM Law School | 06/05/13 | Miami, FL | CLE | Transportation |

| Name of Person Reporting | Date of Report |
|---|---|
| Hyman, Paul G. | 10/05/2016 |

| | | | | |
|---|---|---|---|---|
| 6. | FL Bar | 06/24/15 to 06/25/15 | Boca Raton, FL | Committee meeting | Transportation, food, parking and lodging |
| 7. | FL Bar | 09/04/15 to 09/07/15 | Naples, FL | Committee meeting | Transportation, food, parking and lodging |
| 8. | FL Bar | 11/04/2015 to 11/06/2015 | Tampa and Miami | CLE | Transportation, food, parking and lodging |

| Name of Person Reporting | Date of Report |
|---|---|
| Hyman, Paul G. | 10/05/2016 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hyman, Paul G. | 10/05/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. America First | A | Dividend | L | T | | | | | |
| 2. Astrazi Neca PLC | A | Dividend | L | T | Buy (add'l) | 03/11/15 | J | | |
| 3. Bank America | A | Dividend | K | T | Buy | 08/12/15 | K | | |
| 4. Boardwalk Pipeline LP | A | Distribution | | | Buy | 01/26/15 | L | | |
| 5. | | | | | Sold | 05/06/15 | L | D | |
| 6. BP Prudhoe Bay TR | A | Distribution | | | Sold | 02/24/15 | K | C | |
| 7. BP PLC | A | Dividend | | | Buy | 02/03/15 | K | | |
| 8. | | | | | Sold | 09/22/15 | K | C | |
| 9. Capital Products Partners | A | Distribution | L | T | Buy | 06/25/15 | L | | |
| 10. Celledex Therapeutics Inc | A | Dividend | | | Buy (add'l) | 01/20/15 | K | | |
| 11. | | | | | Sold | 02/23/15 | L | C | |
| 12. China Yucan Intl LTD | A | Dividend | | | Buy | 07/07/15 | K | | |
| 13. | | | | | Sold | 08/11/15 | J | C | |
| 14. Cisco Sys Inc | A | Dividend | | | Sold | 08/20/15 | K | C | |
| 15. Cisco Sys, Inc | A | Dividend | K | T | Buy | 08/24/15 | K | | |
| 16. Conagra Foods Inc | A | Dividend | | | Buy | 04/09/15 | K | | |
| 17. | | | | | Sold | 06/19/15 | K | C | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hyman, Paul G. | 10/05/2016 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Costco Corp | A | Dividend | L | T | Buy | 04/09/15 | K | | |
| 19. | | | | | Buy (add'l) | 12/09/15 | K | | |
| 20. CVR Energy | A | Distribution | | | Sold | 01/20/15 | K | A | |
| 21. Deere & Co | A | Dividend | L | T | Buy | 02/18/15 | K | | |
| 22. Du Pont | A | Dividend | | | Buy | 07/08/15 | K | | |
| 23. | | | | | Sold | 08/20/15 | K | B | |
| 24. Emerson Elect Co | A | Dividend | K | T | Buy | 11/18/15 | K | | |
| 25. ENI SPA | A | Dividend | | | Buy | 01/21/15 | K | | |
| 26. | | | | | Sold | 07/22/15 | K | A | |
| 27. Garrison Cap Inc | A | Dividend | | | Sold | 02/04/15 | L | C | |
| 28. Growth Fund America | A | Distribution | M | T | Sold (part) | 06/17/15 | K | A | |
| 29. Home Depo | A | Dividend | K | T | Buy | 07/10/15 | J | | |
| 30. Immunomedics Inc | A | Dividend | | | Buy | 01/21/15 | L | | |
| 31. | | | | | Sold | 02/23/15 | L | C | |
| 32. Intel Corp | A | Dividend | L | T | | | | | |
| 33. Intercept Pharmaceuticals Inc | A | Dividend | | | Buy | 02/23/15 | K | | |
| 34. | | | | | Buy (add'l) | 03/02/15 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hyman, Paul G. | 10/05/2016 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. | | | | | Buy (add'l) | 03/16/15 | K | | |
| 36. | | | | | Sold (part) | 04/21/15 | M | D | |
| 37. | | | | | Buy (add'l) | 08/13/15 | K | | |
| 38. | | | | | Sold | 11/10/15 | L | C | |
| 39. Kellogg Co | A | Dividend | | | Buy | 02/12/15 | K | | |
| 40. | | | | | Sold | 08/24/15 | K | C | |
| 41. Kinder Morgan Inc | A | Dividend | K | T | Buy | 11/18/15 | K | | |
| 42. Macquarie Infrastructure Corp | A | Dividend | M | T | Buy | 02/26/15 | K | | |
| 43. Mattel Inc | A | Dividend | L | T | Buy | 10/16/15 | K | | |
| 44. McDonalds Corp | A | Dividend | | | Buy | 01/02/15 | K | | |
| 45. | | | | | Sold | 01/28/15 | K | B | |
| 46. Memorial Prod LP | A | Distribution | | | Buy (add'l) | 02/27/15 | K | | |
| 47. | | | | | Sold | 07/10/15 | L | C | |
| 48. New Source Energy LP_ | A | Distribution | | | Sold | 01/12/15 | J | A | |
| 49. New York Bancorp | A | Dividend | L | T | Buy | 11/05/15 | L | | |
| 50. North European Oil | A | Dividend | K | T | Buy (add'l) | 06/30/15 | K | | |
| 51. | | | | | Sold (part) | 08/03/15 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hyman, Paul G. | 10/05/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐   NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Oracle Corp | A | Dividend | K | T | Buy (add'l) | 06/18/15 | J | | |
| 53. Ovascience Inc | A | Dividend | | | Buy | 06/25/15 | L | | |
| 54. | | | | | Sold | 08/17/15 | L | D | |
| 55. Pacific Coast Oil | A | Distribution | J | T | Buy | 10/28/15 | J | | |
| 56. Park Natl Corp | A | Dividend | | | Buy | 08/24/15 | L | | |
| 57. | | | | | Sold | 10/09/15 | L | D | |
| 58. PJT Partners Inc | A | Dividend | K | T | Buy | 10/05/15 | K | | |
| 59. PTC Therapeutics Inc | A | Dividend | | | Buy | 11/19/15 | K | | |
| 60. | | | | | Sold | 11/20/15 | K | A | |
| 61. Quintiles Transnational Inc | A | Dividend | K | T | Buy | 06/18/15 | K | | |
| 62. Relypsa Inc | A | Dividend | | | Buy | 01/20/15 | K | | |
| 63. | | | | | Sold | 08/11/15 | K | B | |
| 64. Reynolds American Inc | A | Dividend | | | Sold | 02/11/15 | L | C | |
| 65. Royal Bank | A | Dividend | K | T | Buy | 01/14/15 | K | | |
| 66. Rolls Royce Holdings | A | Dividend | | | Sold | 07/13/15 | K | B | |
| 67. Sandridge Miss | A | Distribution | | | Sold | 02/03/15 | L | C | |
| 68. SPDR Index | A | Dividend | L | T | Buy | 03/18/15 | L | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hyman, Paul G. | 10/05/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| | A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. | Stone Castle Fin Corpb | A | Dividend | K | T | Buy (add'l) | 11/18/15 | K | | |
| 70. | Stryker Corp | A | Dividend | K | T | Buy | 07/29/15 | K | | |
| 71. | Summit Therapeutics PLC | A | Dividend | | | Buy | 03/05/15 | K | | |
| 72. | | | | | | Sold | 03/10/15 | L | C | |
| 73. | St Joe Co | A | Dividend | | | Sold | 01/21/15 | K | A | |
| 74. | TCP Cap | A | Dividend | | | Sold | 06/25/15 | K | A | |
| 75. | Teck Resources LTD | A | Dividend | | | Buy | 02/03/15 | K | | |
| 76. | | | | | | Sold | 07/13/15 | K | B | |
| 77. | Teekay Corp | A | Dividend | | | Buy | 06/30/15 | L | | |
| 78. | | | | | | Sold | 11/05/15 | L | D | |
| 79. | Telecom Italia | A | Dividend | | | Sold | 07/10/15 | L | C | |
| 80. | Toranto Dominion BK | A | Dividend | K | T | Buy | 03/03/15 | K | | |
| 81. | TRW Automotive HLDS | A | Dividend | | | Sold | 01/02/15 | K | B | |
| 82. | U S Silica Inc | A | Dividend | | | Buy | 10/06/15 | K | | |
| 83. | | | | | | Sold | 11/03/15 | L | D | |
| 84. | Vascular Biogenics LTD | A | Dividend | | | Sold | 01/14/15 | K | B | |
| 85. | Verastem Inc | A | Dividend | | | Buy | 01/23/15 | K | B | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hyman, Paul G. | 10/05/2016 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. | | | | | Sold | 08/03/15 | J | B | |
| 87. Washington Prime Group | A | Dividend | | | Sold | 01/12/15 | K | | |
| 88. Worthington Inds Inc | A | Dividend | | | Buy (add'l) | 01/08/15 | J | | |
| 89. | | | | | Sold | 08/03/15 | K | B | |
| 90. Met Life Financial | A | Dividend | J | T | | | | | |
| 91. Met Life | D | Interest | M | T | | | | | |
| 92. FL Envirnomental Bond | A | Interest | K | T | | | | | |
| 93. Wells Fargo Bank Account | A | Int./Div. | M | T | | | | | |
| 94. Enterprise Products Partners LP | A | Dividend | M | T | Sold (part) | 06/25/15 | L | C | |
| 95. | | | | | Buy (add'l) | 07/07/15 | K | | |
| 96. Ford Motor Co | A | Dividend | L | T | | | | | |
| 97. New Perspective FD | B | Dividend | M | T | Sold (part) | 06/17/15 | K | A | |
| 98. Investment Co | B | Dividend | M | T | | | | | |
| 99. AMCAP Fund | A | Dividend | K | T | | | | | |
| 100. Intercept Pharamaceuticals Inc | A | Dividend | | | Buy | 01/07/15 | K | | |
| 101. | | | | | Sold | 01/30/15 | K | B | |
| 102. International Game Tech | A | Dividend | | | Sold | 04/08/15 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hyman, Paul G. | 10/05/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103.   Western Union | A | Dividend | M | T | | | | | |
| 104.   General Motors | A | Dividend | | | Sold | 03/30/15 | K | B | |
| 105.   CVR Refing LP | A | Distribution | | | Buy (add'l) | 01/14/15 | K | | |
| 106. | | | | | Sold | 03/04/15 | M | D | |
| 107.   Navios Maritime Partners LP | A | Distribution | | | Sold | 06/03/15 | K | B | |
| 108.   General Electric | B | Dividend | K | T | | | | | |
| 109.   Martial Trust | | | | | | | | | |
| 110.   Albemarle Corp | A | Dividend | | | Buy | 02/12/15 | K | | |
| 111. | | | | | Sold | 07/21/15 | K | A | |
| 112.   Advisorshares TR | A | Dividend | | | Buy (add'l) | 01/13/15 | J | | |
| 113. | | | | | Sold | 05/19/15 | K | C | |
| 114.   Alon USA Energy inc | A | Dividend | | | Sold | 01/13/15 | K | B | |
| 115. | | | | | Buy | 02/13/15 | L | | |
| 116. | | | | | Sold | 04/09/15 | L | C | |
| 117. | | | L | T | Buy | 08/14/15 | L | | |
| 118.   AmazonCom Inc | A | Dividend | | | Buy | 09/08/15 | K | | |
| 119. | | | | | Sold | 11/02/15 | K | B | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hyman, Paul G. | 10/05/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. American Airlines | A | Dividend | L | T | Buy | 05/20/15 | L | | |
| 121. America Balance Fund | A | Dividend | | | Sold | 11/19/15 | M | C | |
| 122. Astrazeneca PLC | A | Dividend | K | T | Buy | 02/18/15 | L | | |
| 123. | | | | | Sold | 08/06/15 | L | B | |
| 124. | | | | | Buy | 08/26/15 | K | | |
| 125. Badger Meter Inc | A | Dividend | K | T | Buy | 09/11/15 | K | | |
| 126. BP PLC | A | Dividend | | | Buy | 01/08/15 | L | | |
| 127. | | | | | Sold | 09/24/15 | L | D | |
| 128. Brunswick Corp | A | Dividend | | | Sold | 02/12/15 | K | B | |
| 129. Cablevision Systems | A | Dividend | | | Sold | 05/20/15 | K | | |
| 130. Capital Income | B | Dividend | N | T | Buy | 11/19/15 | N | | |
| 131. Capital Product Partners | A | Distribution | L | T | Buy (add'l) | 02/18/15 | L | | |
| 132. Celgene Corp | A | Dividend | | | Sold | 09/25/15 | L | B | |
| 133. Chicago Rivet & Mach Inc | A | Dividend | | | Sold | 01/07/15 | J | A | |
| 134. City Office Reit Inc | A | Dividend | | | Sold | 02/02/15 | L | C | |
| 135. Covanta Holding Corp | A | Dividend | K | T | | | | | |
| 136. CSI Compress LP | A | Distribution | | | Buy | 02/06/15 | K | | |

1. Income Gain Codes:     A =$1,000 or less          B =$1,001 - $2,500          C =$2,501 - $5,000          D =$5,001 - $15,000          E =$15,001 - $50,000
   (See Columns B1 and D4)     F =$50,001 - $100,000          G =$100,001 - $1,000,000          H1 =$1,000,001 - $5,000,000          H2 =More than $5,000,000
2. Value Codes     J =$15,000 or less          K =$15,001 - $50,000          L =$50,001 - $100,000          M =$100,001 - $250,000
   (See Columns C1 and D3)     N =$250,001 - $500,000          O =$500,001 - $1,000,000          P1 =$1,000,001 - $5,000,000          P2 =$5,000,001 - $25,000,000
                  P3 =$25,000,001 - $50,000,000          P4 =More than $50,000,000
3. Value Method Codes     Q =Appraisal          R =Cost (Real Estate Only)          S =Assessment          T =Cash Market
   (See Column C2)     U =Book Value          V =Other          W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Hyman, Paul G. | 10/05/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐  NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. | | | | | Sold | 03/30/15 | K | B | |
| 138. CVR Energy Inc | A | Dividend | | | Buy | 04/09/15 | L | | |
| 139. | | | | | Sold | 08/14/15 | L | C | |
| 140. Cummins Inc | A | Dividend | K | T | | | | | |
| 141. | | | | | Buy (add'l) | 11/30/15 | K | | |
| 142. | | | | | Sold (part) | 12/31/15 | K | A | |
| 143. Devon Energy Corp | A | Dividend | K | T | Buy (add'l) | 01/14/15 | J | | |
| 144. | | | | | Sold (part) | 12/24/15 | K | B | |
| 145. Doctor's Ready Lab | A | Dividend | K | T | Buy | 11/13/15 | K | | |
| 146. Du Pont | A | Dividend | L | T | Buy | 04/27/15 | L | | |
| 147. Emerson Elect LTD | A | Distribution | K | T | | | | | |
| 148. E V Energy LP | A | Distribution | | | Buy | 03/09/15 | K | | |
| 149. | | | | | Sold | 05/28/15 | K | C | |
| 150. Fifth Str SR | A | Dividend | | | Sold | 02/17/15 | K | | |
| 151. | | | K | T | Buy | 05/19/15 | K | | |
| 152. Foot locker Inc | A | Dividend | | | Buy | 03/12/15 | K | | |
| 153. | | | | | Sold | 08/18/15 | K | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hyman, Paul G. | 10/05/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. General Motors, Inc | A | Dividend | K | T | Buy | 06/09/15 | K | | |
| 155. Glaxosmith PLC | A | Dividend | K | T | Buy | 11/02/15 | K | | |
| 156. Go Pro Inc | A | Dividend | | | Buy | 08/13/15 | K | | |
| 157. | | | | | Sold | 11/13/15 | J | A | |
| 158. Growth America Fund | A | Dividend | M | T | | | | | |
| 159. Horizon Tech Corp | A | Dividend | L | T | Buy | 07/29/15 | K | | |
| 160. Hunt JB Trans Svcs Inc | A | Dividend | | | Sold | 08/03/15 | L | D | |
| 161. International Game | A | Dividend | K | T | Buy | 07/21/15 | J | | |
| 162. Interpublic Grp Co | A | Dividend | | | Sold | 04/27/15 | K | B | |
| 163. Investment C America | A | Dividend | | | Sold | 11/19/15 | M | B | |
| 164. Jet Blue Corp | A | Dividend | L | T | Sold (part) | 01/27/15 | K | A | |
| 165. Keryx Biopharmaceuticals Inc | A | Dividend | | | Buy | 01/22/15 | K | | |
| 166. | | | | | Sold | 01/22/15 | K | C | |
| 167. Kinder Morgan Inc | A | Dividend | K | T | Buy | 11/11/15 | K | | |
| 168. Lennar Corp | A | Dividend | K | T | Buy | 03/20/15 | K | | |
| 169. Mattel | A | Dividend | | | Buy | 03/03/15 | K | | |
| 170. | | | | | Sold | 03/19/15 | K | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hyman, Paul G. | 10/05/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171. Mosaic Company | A | Dividend | | | Sold | 03/12/15 | K | B | |
| 172. Mylan NV | A | Dividend | K | T | Buy | 11/19/15 | K | | |
| 173. Navos Maritime Acquis | A | Dividend | | | Sold | 08/05/15 | K | B | |
| 174. Nestle S A | A | Dividend | K | T | | | | | |
| 175. NetFlix Inc | A | Dividend | | | Buy | 08/21/15 | K | | |
| 176. | | | | | Sold | 12/28/15 | K | C | |
| 177. Northern Tier PLC | A | Dividend | | | Buy | 02/06/15 | K | | |
| 178. | | | | | Sold | 03/09/15 | J | B | |
| 179. Oshkosh Corp | A | Dividend | K | T | Buy (add'l) | 08/25/15 | K | | |
| 180. Pacific Coast Oil | A | Dividend | K | T | Buy | 07/23/15 | K | | |
| 181. Pepsico Inc | A | Dividend | L | T | | | | | |
| 182. Pfizer Inc | A | Dividend | | | Buy (add'l) | 03/25/15 | K | | |
| 183. | | | | | Sold | 11/02/15 | L | C | |
| 184. Plains All American Pipeline | A | Distribution | K | T | | | | | |
| 185. BP Prudhoe Bay | A | Dividend | | | Buy | 08/11/15 | K | | |
| 186. | | | | | Sold | 10/09/15 | K | C | |
| 187. | | | | | Buy | 10/14/15 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 188. | | | | | Sold | 11/11/15 | K | A | |
| 189. Rolls Royce Holdings | A | Dividend | J | T | | | | | |
| 190. Sandridge Miss | A | Dividend | | | Sold | 02/02/15 | K | | |
| 191. Scorpio tankers Inc | A | Dividend | K | T | | | | | |
| 192. Seagate Tech PLC | A | Dividend | | | Buy | 01/16/15 | L | | |
| 193. | | | | | Sold | 07/01/15 | L | D | |
| 194. Service Now Inc | A | Dividend | | | Sold | 08/18/15 | K | B | |
| 195. Steel Case Inc | A | Dividend | J | T | | | | | |
| 196. Symantec Corp | A | Dividend | | | Buy (add'l) | 01/23/15 | L | | |
| 197. | | | | | Sold | 02/06/15 | K | C | |
| 198. Taser International | A | Dividend | | | Buy | 05/12/15 | K | | |
| 199. | | | | | Buy (add'l) | 08/27/15 | J | | |
| 200. | | | | | Sold | 12/11/15 | K | A | |
| 201. Teck Resources LTD | A | Dividend | | | Buy | 02/18/15 | K | | |
| 202. | | | | | Sold | 06/19/15 | K | C | |
| 203. | | | | | Buy | 08/28/15 | K | | |
| 204. | | | | | Sold | 10/29/15 | L | D | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hyman, Paul G. | 10/05/2016 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 205. TCP Cap Corp | A | Dividend | | | Sold | 01/23/15 | K | B | |
| 206. Tidewater, Inc | A | Dividend | J | T | Buy | 04/08/15 | K | | |
| 207. Transcanada Corp | A | Dividend | K | T | | | | | |
| 208. Trinity Industries | A | Dividend | L | T | Buy (add'l) | 02/19/15 | K | | |
| 209. Unilever PLC | A | Distribution | K | T | Buy (add'l) | 08/12/15 | K | | |
| 210. United Bank Shares | A | Dividend | L | T | | | | | |
| 211. United Health Inc | A | Dividend | L | T | Buy | 02/18/15 | K | | |
| 212. United Parcel Service | A | Dividend | L | T | Buy (add'l) | 05/19/15 | K | | |
| 213. United Rentals Inc | A | Dividend | | | Buy | 05/29/15 | K | | |
| 214. | | | | | Sold | 07/23/15 | K | B | |
| 215. U S Silica Hlds Inc | A | Dividend | | | Buy (add'l) | 02/02/15 | J | | |
| 216. | | | | | Sold | 07/07/15 | L | D | |
| 217. Wash Mutl Invs Fund | A | Dividend | | | Sold | 12/07/15 | M | B | |
| 218. Williams Cos Inc | A | Dividend | J | T | Buy | 11/13/15 | K | | |
| 219. Zoetis Inc | A | Dividend | | | Sold | 09/15/15 | K | B | |
| 220. Stonecastle Finl Corp | A | Dividend | | | Sold | 03/12/15 | L | C | |
| 221. Wife | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hyman, Paul G. | 10/05/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 222. Searcy Denny Defined Contribution Pension Plan Adminis by John Hancock | B | Distribution | K | T | | | | | |
| 223. Alcatel-Lucent (X) | A | Dividend | | | Sold | 01/08/15 | J | A | |
| 224. Bank Of America | A | Dividend | K | T | Buy | 11/20/15 | K | | |
| 225. Biolase Inc(X) | A | Dividend | J | T | | | | | |
| 226. Cheniere Energy INC(X) | A | Dividend | | | Sold | 01/08/15 | K | B | |
| 227. CitiGroup(X) | A | Dividend | J | T | | | | | |
| 228. EuroPacific Growth | A | Dividend | J | T | Buy | 02/10/15 | J | | |
| 229. Ford Motor Company(X) | A | Dividend | J | T | | | | | |
| 230. General Elect(X) | A | Dividend | K | T | | | | | |
| 231. Growth Fund America | A | Dividend | J | T | Buy | 02/10/15 | J | | |
| 232. Harley Davidson Inc(X) | A | Dividend | | | Sold | 01/08/15 | K | B | |
| 233. Investment Co America | A | Dividend | J | T | Buy | 02/10/15 | J | | |
| 234. JDS Uniphase Corp(X) | A | Dividend | | | Merged (with line 235) | 02/17/15 | J | | |
| 235. Viavi Solutions, Inc | A | Dividend | J | T | | | | | |
| 236. Mallinckrodt PLC(X) | A | Dividend | | | Sold | 11/20/15 | K | A | |
| 237. Micron Tech Inc(X) | A | Dividend | | | Sold | 06/15/15 | K | B | |
| 238. Monster Beverage Corp(X) | A | Dividend | L | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 239.  New Perspective | A | Dividend | J | T | Buy | 02/10/15 | J | | |
| 240.  Six Flags Entertainmaent | A | Dividend | K | T | Buy | 06/15/15 | K | | |
| 241.  Sprint Corp(X) | A | Dividend | | | Sold | 01/08/15 | J | A | |
| 242.  Zynga Inc(X) | A | Dividend | J | T | | | | | |
| 243.  Trust #3 | | | | | | | | | |
| 244.  CA Res Corp | A | Dividend | J | T | | | | | |
| 245.  Oppenheimer Development | A | Dividend | | | Sold | 06/18/15 | K | B | |
| 246.  Boeing CO | A | Dividend | K | T | | | | | |
| 247.  Amer Mutual Fd | A | Dividend | | | Sold | 06/23/15 | L | A | |
| 248.  AMCAP Fund | A | Dividend | | | Sold | 06/23/15 | M | C | |
| 249.  Investment Co | A | Dividend | | | Sold | 06/18/15 | J | B | |
| 250.  Amer Balanced Fund | A | Dividend | | | Sold | 06/19/15 | K | B | |
| 251.  Zoetis Inc | A | Dividend | | | Sold | 09/09/15 | K | B | |
| 252.  Abbott Laboratories | A | Dividend | J | T | | | | | |
| 253.  Abbvie Inc | A | Dividend | | | Sold | 10/22/15 | J | A | |
| 254.  Amgen, Inc | A | Dividend | | | Sold | 06/19/15 | J | A | |
| 255.  Badger | A | Dividend | K | T | Buy | 07/22/15 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 256. Caterpillar, Inc | A | Dividend | | | Sold | 06/19/15 | K | A | |
| 257. CBS Corp | A | Dividend | | | Sold | 06/19/15 | J | A | |
| 258. Comcast Corp | A | Dividend | | | Sold | 06/19/15 | J | A | |
| 259. Disney Walt Co | B | Dividend | | | Sold | 06/19/15 | N | E | |
| 260. Exxon Mobil Corp | A | Dividend | | | Sold | 06/19/15 | L | C | |
| 261. Franklin Strategic FD | A | Dividend | K | T | | | | | |
| 262. Genernal Motors | A | Dividend | | | Sold | 05/01/15 | K | B | |
| 263. International Game | A | Dividend | | | Buy | 07/22/15 | J | | |
| 264. | | | | | Sold | 11/20/15 | K | B | |
| 265. International Paper Co | A | Dividend | | | Sold | 06/19/15 | J | A | |
| 266. J P Morgan | A | Dividend | | | Sold | 06/19/15 | K | B | |
| 267. Medtronic Inc | A | Dividend | | | Sold | 06/19/15 | J | A | |
| 268. Microsoft Corp | A | Dividend | L | T | | | | | |
| 269. Mylan NV | A | Dividend | K | T | Buy | 10/26/15 | K | | |
| 270. NCR Corp | A | Dividend | | | Sold | 06/19/15 | J | A | |
| 271. Occidental Pete Corp | A | Dividend | | | Sold | 06/19/15 | K | B | |
| 272. OGE Energy Corp | A | Dividend | | | Sold | 06/19/15 | J | A | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hyman, Paul G. | 10/05/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) — Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 273. Oracle Corp | A | Dividend | | | Sold | 06/19/15 | J | A | |
| 274. Oshkosh | A | Dividend | K | T | Buy | 08/07/15 | K | | |
| 275. Pepsico Inc | A | Dividend | | | Sold | 06/19/15 | K | B | |
| 276. Pfizer Inc | A | Dividend | | | Sold | 06/19/15 | K | B | |
| 277. Trinity Ind | A | Dividend | | | Buy | 07/29/15 | K | | |
| 278. | | | | | Buy (add'l) | 11/19/15 | K | | |
| 279. | | | | | Sold | 12/17/15 | L | B | |
| 280. Tupperware Corp | A | Dividend | K | T | Buy | 07/22/15 | K | | |
| 281. Legg Mason Partners | A | Dividend | J | T | | | | | |
| 282. Trust # 4 | | | | | | | | | |
| 283. CA Res Corp | A | Dividend | J | T | | | | | |
| 284. Oppenheimer Development | A | Dividend | | | Sold | 11/19/15 | K | B | |
| 285. Oppenheimer Growth | A | Dividend | K | T | Buy | 11/19/15 | K | | |
| 286. Boeing Co | A | Dividend | K | T | | | | | |
| 287. Amer Mutual Fd | A | Dividend | M | T | | | | | |
| 288. AMCAP Fund | A | Dividend | M | T | | | | | |
| 289. Amer Balance Fund | A | Dividend | M | T | Buy (add'l) | 09/11/15 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hyman, Paul G. | 10/05/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 290. Zoetis Inc | A | Dividend | | | Sold | 09/09/15 | K | B | |
| 291. Abbott laboratories | A | Dividend | J | T | | | | | |
| 292. Abbvie Inc | A | Dividend | | | Sold | 10/22/15 | J | A | |
| 293. Amcap Fund | A | Dividend | K | T | Buy | 09/11/15 | K | | |
| 294. Amer Mutual Fund | A | Dividend | K | T | Buy | 09/11/15 | K | | |
| 295. American Airlines | A | Dividend | K | T | Buy | 09/11/15 | K | | |
| 296. Amgen Inc | A | Dividend | J | T | | | | | |
| 297. Badger Meter Inc | A | Dividend | K | T | Buy | 09/11/15 | K | | |
| 298. Caterpillar Inc | A | Dividend | | | Sold | 07/06/15 | K | B | |
| 299. CBS Corp | A | Dividend | J | T | | | | | |
| 300. Comcast Corp | A | Dividend | | | Sold | 07/06/15 | J | A | |
| 301. Disney Walt Co | B | Dividend | J | T | | | | | |
| 302. Exxon Mobil Co | A | Dividend | | | Sold | 07/06/15 | L | C | |
| 303. General Motors | A | Dividend | K | T | Buy (add'l) | 09/11/15 | K | | |
| 304. International Paper Co | A | Dividend | J | T | | | | | |
| 305. Investment Co | A | Dividend | K | T | Buy | 09/11/15 | K | | |
| 306. J P Morgn | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hyman, Paul G. | 10/05/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 307. Medtronic Inc | A | Dividend | J | T | | | | | |
| 308. Microsoft Corp | A | Dividend | L | T | | | | | |
| 309. Mylan NV | A | Dividend | K | T | Buy | 10/26/15 | K | | |
| 310. NCR Corp | A | Dividend | J | T | | | | | |
| 311. Occidental Pete Corp | A | Dividend | | | Sold | 07/13/15 | K | B | |
| 312. OGE Energy Corp | A | Dividend | | | Sold | 07/13/15 | J | A | |
| 313. Oracle Corp | A | Dividend | K | T | | | | | |
| 314. Oshkosh Corp | A | Dividend | K | T | Buy | 08/25/15 | K | | |
| 315. Pepsico Inc | A | Dividend | J | T | | | | | |
| 316. Pfizer Inc | A | Dividend | | | Sold | 07/22/15 | K | B | |
| 317. Franklin Strategic | A | Dividend | K | T | | | | | |
| 318. Legg Mason Partners | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hyman, Paul G. | 10/05/2016 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Trusts 1 and 2 have no assets.

Please note that the notations on lines 109, 220, 242 &281 are merely to make it easier to ascertain which assets are owned by what entity.

Please note that the investment listed on line 221 is a Defined Contribution Pension Plan which vested on January 2, 2014. It is administered by John Hancock. It is not a self-directed plan. We can only select a general investment strategy for the plan. Fifty percent is invested in a growth fund and 50% is invested in an income and growth fund.

Please note that JDS Uniphase Corp ( line 233) was acquired and merged into Viavi Solutions, Inc ( line 234).

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Paul G. Hyman**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544